

BBC (NJ)

U.S. District Court
Wisconsin Eastern

MAR 2 5 2026

FILED
Clerk of Court

# COMPLAINT

**(for non-prisoner filers without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Carol J. Appleton

415 Matthew St.

Kimberly WI 54136

v.

phone # 920 213-8797
Moving or will be having
mail held at Appleton
post office
Note: prior mail was held and
obstructed from delivery — menacing
illegal
stunts

Case Number:

26-CV-493

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Mark J. McGinnis

Bruce Chudacoff/wife Nancy

Robin Veternick

Judge Greg Gill — note wrote for Supreme Court Kruz
on my Appeal case

### A. PARTIES

1. Plaintiff is a citizen of ___United States___ (Wisconsin)___ and resides at
   (State)

   ___415 Matthew St Kimberly, WI 54136___ — regarding
   (Address)          move

   note: INFO

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___Mark J. McGinnis___ (was Circuit Court Branch I Judge — now
   (Name)
   Stepped down/ Tim Greunke
   DA investigator LACROSS
   Also Jason Resnick
   Wisconsin Watch informant

Case 1:26-cv-00493-BBC    Filed 03/25/26    Page 1 of 8    Document 1

@tabbe Defendents Continued

Bruce Chudacoff Lawyer -
43 Crestway ct Appleton
also 7536 Palm Island Prive, Florida 33946

Robin Veternick
225 Richmond St Appleton

Honerable Judge Greg Gill
501 S. Nicolet Rd
Appleton          920-739-1107

Mark McGinnis caused
Me to lose custody due to
his illegal and conflict of
interest, case in my case
and the retailation upon
my person for exposing it

He would say I pounded on the
table meaning I caught him
in his illegal stunts

He would viciously berate me
in Court. Mentally torturing me

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _addresses as noted_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _harmed by all ~~three~~ four individuals both in the allowance_ of abuse of physical, medical (Employer's name and address, if known) and emotional as well as my children, victims of the same

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I suffered humiliation lost wages, mental torture bodily harm

Judge Mark J. McGinnis violated my rights and that of Judicial Rules as he was substituted off for Conflict and then allowed himself back on. The documents that came from my Atty's Firm whereby McGinnis was a Law partner would incremminate him on Conflict, thus those were not put into record. McGinnis would interupt me when speaking Counting down "you have 10 min. to speak, 987 - not allowing evidence. He created a story that I went to his house with a weapon, causing irrepairable defaming character assassination. He did not rule that Bruce Chudacoff was in-fact a Conflict as noted by many documents sent to him, thus when Chudacoff's son became Vice Principle at my child's school, and the fact that Chudacoff was Defending David T. Appleton as an abuser my three children and I were left vunerable to abuse with no help as the players court kept that silent.

Complaint – 2



Bruce Chudacoff was infact a conflict of interest and legally could not be a Lawyer for David T. Appleton as his law partner Harvey Sampson had infact been hired by Chuck Gillette (my relative) to handle Chuck's mother's death As explained as well, Bruce Chudacoff also defended David T. Appleton's domestic violence issues and Bruce's son became Vice Principle at Kaukauna Schools. My son Thomas especially was left vulnerable when he wrote in his journal about being a boy, abused and ~~felt~~ not able to cry and that he and his brothers and I were abused. With Bruce Defending Dave, the abuse did not get thoroughly address. David T. Appleton's family was saturated in Outagamie. Len Tessen the mail clerk, Erik Knutson- mediator, Cops Buck & Jahn's, Tina Erickson - Elder Services) All found under Lori Heatley Dave's Sisters Relative. Mark G. Schroeder — also DA then Judge, Jurisdictionally unfit. Bruce Used under handed tactics to prevent information to be heard. Constant portrayol of my person as a parent alienator or unfit person. Created the idea of a conspiracy theory with the others suggesting mental disability of my person



Robin Veternick - had been the family Court Commissioner in my 1st divorce putting him in a 757.23 violation as he also became the guardian et Litem in the case of 2005 FA 384 David T, Appleton + my self divorce action

Robin also dated Geri A. Harkness (then Marvin) in the 70, 80'. Geri was my sister

This of Course was a Conflict as well a 54.50 Lawyer Rules + Regulation violation

Greg Gill was my Car accident attorney, He would get on the case after the conspiracy theory was created and I was said to be a mentally ill person when in retrospect I was a Citizen only reporting public Corruption. I was infact dressed forceably by Outagamie County (haldol/ability injectable. Causing great harm to my body of which I still suffer the side affects

## C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $5 million —from each for physical emotional and psychological damage

## D. RELIEF WANTED as well as financially obstructed and defamation so irreparable

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

disbarr all from ever being able to practice law. Make public the illegal activities they have engaged in. Look into other cases of malice. Investigate others in the Outagamie County as co-helpers such as Katy Chasancs who knew case evidence. Her husband works for Social Security She may be tred to a homeland infastruction destruction as medicare, SS. Insurances are depleting with each person She puts on SSI. Mark McGinnis Backed her. Dr Marshal Bales is the psychiatrist also involved. He would threaten to increase drugs if you complained about side effect.

I lost custody of my children devastating me beyond the imagination

Case 1:26-cv-00493-BBC    Filed 03/25/26    Page 7 of 8    Document 1

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES   ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _25_ day of _March_ 20_26_.

Respectfully Submitted,

_Carol J. Appleton_
Signature of Plaintiff

_920 213- 8797_
Plaintiff's Telephone Number

_415 Matthew St, Kimberly WI 5413_
Plaintiff's Email Address

_NOTE - will be moving - will have post off_ office hold mail until I move

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.) though note that the Appleton post office did engage in

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

putting a 3 as if an apt # was present though a house

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

house address

also held mail well past a tme it should have been forwarded